## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **XEROX CORPORATION** <br> **45 Glover Avenue** <br> **Norwalk, CT 06856** | * <br><br> *     **Civil Action No.:** |
|       **Plaintiff** <br> **vs.** | * |
| **R.D.W. IMAGING, INC.** <br> **1510 Constance Street** <br> **Silver Spring, MD 20902-3503** | *     **Electronically Filed** <br><br> * <br><br> * |
| **Serve on surviving director & trustee:** <br> **David Sacks** <br> **1510 Constance Street** <br> **Silver Spring, MD 20902-3503** | * <br><br> * |
|       **and** | * |
| **DAVID SACKS, individually and** <br> **trading as R.D.W. Imaging, Inc.** <br> **1510 Constance Street** <br> **Silver Spring, MD 20902-3503** | * <br><br> * <br><br> * |
|       **Defendants** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

The Plaintiff, Xerox Corporation, by and through its undersigned counsel, files this Complaint against the Defendants, David Sacks, individually and trading as R.D.W. Imaging, Inc. and also sues R.D.W. Imaging, Inc., and avers as follows:

## PARTIES

1.    The Plaintiff, Xerox Corporation (hereinafter "Xerox"), is a New York corporation with its principal place of business located at 45 Glover Avenue, Norwalk, Connecticut 06856.

2. The Defendant, David Sacks, individually and trading as R.D.W. Imaging, Inc.(hereinafter "Sacks"), is an individual whose business address is 1510 Constance Street, Wheaton, MD 20902.

3. R.D.W. Imaging, Inc. (hereinafter "R.D.W.") is a forfeited Maryland corporation with its principal place of business located at 1510 Constance Street, Wheaton, MD 20902.

## JURISDICTION

4. Jurisdiction is predicated upon 28 U.S.C. §1332.

5. The amount in controversy in this action exceeds, exclusive of interest and costs, the sum of $75,000.00.

## BREACH OF CONTRACT

6. On July 11, 2005, Xerox and R.D.W. entered into a Lease Agreement whereby R.D.W. leased a D250 DocuColor and D250 EFIO multifunction production printer and related equipment for a term of 60 months.

7. On August 17, 2005, Xerox and R.D.W. entered into a Lease Agreement whereby R.D.W. leased a D250 DocuColor and D250 EFIO multifunction production printer and related equipment for a term of 60 months.

8. On May 25, 2006, Xerox and R.D.W. entered into a Lease Agreement whereby R.D.W. leased an EXP2502 D250/250 EFI Controller, BMV, BGP, Profiler, Analyst Services and TXC production and related equipment for a term of 60 months.

9.     On January 22, 2008, Xerox and R.D.W. entered into a Maintenance Agreement where Xerox would provide maintenance on a DC6060P machine in accordance with the terms and conditions of the Maintenance Agreement.

10.    Xerox provided R.D.W. with all equipment and services required under the Leases and Maintenance Agreement with R.D.W. after which Plaintiff would send Invoices to R.D.W. for the periodic payments due under the Leases and Maintenance Agreement.

11.    The terms of the Invoices required payment no later than 30 days after each Invoice date.

12.    R.D.W. is in default of its obligations to Xerox under the terms of the Lease Agreements dated July 11, 2005, August 17, 2005 and May 25, 2006 (the "Leases") and the Maintenance Agreement which evidence leases to R.D.W. of equipment and/or services as more fully described in the Leases attached hereto as Exhibits 1, 2 and 3 and the Maintenance Agreement which is attached as Exhibit 4. The Exhibits attached hereto are incorporated by reference herein.

13.    R.D.W. is in default under the terms and conditions of the Leases and Maintenance Agreement for, among other reasons, its failure to make the payments due thereunder when due, despite due demand for same. The last payment made on the Leases and Maintenance Agreement by R.D.W. was on April 24, 2008. As a result of the default, the balances due under the Leases and Maintenance Agreement have been accelerated.

14.    As stated in Exhibit 5, which is attached hereto and by reference incorporated herein, R.D.W. is indebted to Xerox in the principal amount of $154,119.60.

3

15.    The corporate charter of R.D.W. was forfeited on October 6, 2006 by the State of Maryland, yet R.D.W. has continued to do business and incur charges in the corporate name after forfeiture.  Consequently, Sacks, is personally liable for the charges which have been incurred by R.D.W. after the date of forfeiture of its corporate charter.

WHEREFORE, the Plaintiff, Xerox Corporation, demands judgment against the Defendants, R.D.W. Unlimited, Inc. and David Sacks, individually and trading as R.D.W. Imaging, Inc., in the principal amount of $154,119.60, plus the court costs of this action.

/s/ Donald J. Walsh, Esquire
Offit Kurman, P.A., Federal ID #09384
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
(443) 738-1583
(443) 738-1535 FAX
dwalsh@offitkurman.com
Attorneys for Plaintiff

4